# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-40755-7 JMK | **Trustee:** (360070) DARCY D WILLIAMSON |
| **Case Name:** RIFFEL, JOHN HENRY | **Filed (f) or Converted (c):** 05/21/12 (f) |
| | **§341(a) Meeting Date:** 06/19/12 |
| **Period Ending:** 09/30/13 | **Claims Bar Date:** 11/28/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 314 W Stockholm, White City KS 66872 | 3,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 10.00 | 10.00 | | 0.00 | FA |
| 3 | Checking Account- est | 175.00 | 0.00 | | 0.00 | FA |
| 4 | Emprise Bank Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Hand Guns (Duty Weapons) | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | KPERS 611 S Kansas Ave Suite 100 Topeka KS 66603 | 80,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Chevrolet | 4,540.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Chevrolet Blazer | 6,828.00 | 0.00 | | 0.00 | FA |
| 11 | 1999 Prowler Camper- est.  (See Footnote) | 4,400.00 | 4,000.00 | | 0.00 | FA |
| 12 | 2001 Skyline and Avoidance Action  (See Footnote) | 58,000.00 | 40,000.00 | | 0.00 | 58,000.00 |
| 13 | 2012 Tax Refund  (u) | Unknown | 1,600.00 | | 0.00 | FA |
| **13** | **Assets**          **Totals**  (Excluding unknown values) | **$158,503.00** | **$45,610.00** | | **$0.00** | **$58,000.00** |

RE PROP# 11     Requested pictures and information on this vehicle to determine if sale worthy.  It is not.

RE PROP# 12     For UST reporting purposes, Trustee estimates value to be $58,000 less $18,000 in value of land and litigation costs. Avoided unperfected lien on manufactured home.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 12-40755-7 JMK | |
| **Case Name:** | RIFFEL, JOHN HENRY | |
| **Period Ending:** | 09/30/13 | |

| | | |
|---|---|---|
| **Trustee:** | (360070) | DARCY D WILLIAMSON |
| **Filed (f) or Converted (c):** | 05/21/12 (f) | |
| **§341(a) Meeting Date:** | 06/19/12 | |
| **Claims Bar Date:** | 11/28/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Received documents related to manufactured home and determined lender was unperfected. Filed motion to extend stay then filed adversary to avoid lien on manufactured home. Achieved judgment against PNC Bank avoiding the lien. The Trustee believes she has found a Lender willing to finance the value of the manufactured home. To proceed accordingly.

Requested and received copies of bank statements, and requested and received debtor's 2012 tax return. Estate's portion of refunds is insufficient to pursue. Employed DDW as attorney for the estate and requested clerk issue claims bar date notice. An estate tax return will have to be prepared. To review claims, request court costs, and prepare and file TFR. Estate tax return will need to be prepared.

**Initial Projected Date Of Final Report (TFR):** September 30, 2013          **Current Projected Date Of Final Report (TFR):** September 30, 2014