# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re: RIFFEL, JOHN HENRY                         §   Case No. 12-40755-7
                                                  §
                                                  §
Debtor(s)                                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on May 21, 2012.  The undersigned trustee was appointed on May 21, 2012.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of          $_____39,667.35_

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 560.83 |
| Other payments to creditors | 3,360.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 35,746.52 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/28/2012 and the deadline for filing governmental claims was 11/28/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,716.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,716.74, for a total compensation of $4,716.74.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $422.82, for total expenses of $422.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015          By:/s/DARCY D WILLIAMSON
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-40755-7
**Case Name:** RIFFEL, JOHN HENRY

**Period Ending:** 09/10/15

**Trustee:** (360070) DARCY D WILLIAMSON
**Filed (f) or Converted (c):** 05/21/12 (f)
**§341(a) Meeting Date:** 06/19/12
**Claims Bar Date:** 11/28/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 314 W Stockholm, White City KS 66872 | 3,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 10.00 | 10.00 | | 0.00 | FA |
| 3 | Checking Account- est | 175.00 | 0.00 | | 0.00 | FA |
| 4 | Emprise Bank Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Hand Guns (Duty Weapons) | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | KPERS 611 S Kansas Ave Suite 100 Topeka KS 66603 | 80,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Chevrolet | 4,540.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Chevrolet Blazer | 6,828.00 | 0.00 | | 0.00 | FA |
| 11 | 1999 Prowler Camper- est.  (See Footnote) | 4,400.00 | 4,000.00 | | 0.00 | FA |
| 12 | 2001 Skyline and Avoidance Action  (See Footnote) | 58,000.00 | 41,834.70 | | 39,667.35 | FA |
| 13 | 2012 Tax Refund  (u) | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$160,103.00** | **$47,444.70** | | **$39,667.35** | **$0.00** |

RE PROP# 11     Per pictures and information, this vehicle is not sale worthy.

RE PROP# 12      For UST reporting purposes, Trustee oriuginally estimated value to be $58,000 less $18,000 in value

of land and litigation costs. Avoided unperfected lien on manufactured home and debtors paid off the

value.

**Major Activities Affecting Case Closing:**

Trustee's Final Report submitted to U.S. Trustee.  Upon approval, to file with Court, notice out, submit Order Authorizing Distribution, issue dividend checks and submit Distribution Report after receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2013          **Current Projected Date Of Final Report (TFR):**     September 10, 2015  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-40755-7
**Case Name:** RIFFEL, JOHN HENRY

**Taxpayer ID #:** **-***4377
**Period Ending:** 09/10/15

**Trustee:** DARCY D WILLIAMSON (360070)
**Bank Name:** Rabobank, N.A.
**Account:** ******3466 - Checking Account
**Blanket Bond:** $15,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/14 | {12} | John Riffel | February 2014 Manufactured Home Payment | 1149-000 | 433.47 | | 433.47 |
| 03/21/14 | {12} | John Riffel | March 2014 Manufactured Home Payment | 1149-000 | 433.47 | | 866.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 856.94 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 846.94 |
| 05/01/14 | {12} | John Riffel | May 2014 Payment on Manufactured Home | 1149-000 | 433.47 | | 1,280.41 |
| 05/30/14 | {12} | John Riffel | June 2014 Manufactured Home Payment | 1149-000 | 433.47 | | 1,713.88 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,703.88 |
| 06/27/14 | {12} | John Riffel | July 2014 MH Home Payment | 1149-000 | 433.47 | | 2,137.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,127.35 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,117.35 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,107.35 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,097.35 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,087.35 |
| 11/04/14 | {12} | Farmers & Drovers Bank | Avoidance Action - Manufactured Home | 1149-000 | 37,500.00 | | 39,587.35 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.25 | 39,545.10 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.46 | 39,480.64 |
| 01/22/15 | 101 | PNC Mortgage, a division of PNC Bank, N.A. | Payment on Mortgage per Order signed September 28, 2014 | 4110-000 | | 3,360.00 | 36,120.64 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.78 | 36,063.86 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.27 | 36,011.59 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.24 | 35,956.35 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.71 | 35,904.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.92 | 35,854.72 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.00 | 35,799.72 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.20 | 35,746.52 |

| | | | | ACCOUNT TOTALS | 39,667.35 | 3,920.83 | $35,746.52 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | | **Subtotal** | 39,667.35 | 3,920.83 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$39,667.35** | **$3,920.83** | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-40755-7 | **Trustee:** DARCY D WILLIAMSON (360070) |
| **Case Name:** RIFFEL, JOHN HENRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***4377 | **Blanket Bond:** $15,000,000.00 (per case limit) |
| **Period Ending:** 09/10/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3466** | 39,667.35 | 3,920.83 | 35,746.52 |
| | $39,667.35 | $3,920.83 | $35,746.52 |

{} Asset reference(s)                                     Printed: 09/10/2015 11:30 AM    V.13.25

# EXHIBIT C - Claims Analysis

## Case: 12-40755-7   RIFFEL, JOHN HENRY

Claims Bar Date:   11/28/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | DARCY D WILLIAMSON<br>510 SW 10th Avenue<br>Topeka, KS 66612<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>05/21/12 | | $4,716.74<br>$4,716.74 | $0.00 | $4,716.74 |
| | DARCY D WILLIAMSON<br>510 SW 10th Avenue<br>Topeka, KS 66612<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>05/21/12 | | $422.82<br>$422.82 | $0.00 | $422.82 |
| | U.S. BANKRUPTCY COURT<br>*COURT COSTS*<br>444 SE QUINCY<br><br>TOPEKA, KS 66683<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | Admin Ch.  7<br>05/21/12 | ADVERSARY FILING FEE | $293.00<br>$293.00 | $0.00 | $293.00 |
| | Williamson & Jurgensen, LLP<br>510 SW 10th Ave.<br>Topeka, KS 66612<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>05/21/12 | | $6,359.50<br>$6,359.50 | $0.00 | $6,359.50 |
| | CBIZ MHM, LLC<br>c/o CBIZ ATA OF TOPEKA<br>13576 Collections Center Drive<br>Chicago, IL 60693<br><3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>05/21/12 | ESTIMATE | $500.00<br>$500.00 | $0.00 | $500.00 |
| 1 -2 | Meritrust Credit Union<br>PO Box 789757<br><br>Wichita, KS 67278<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/11/12 | Amended 9/12/12;  Deficiency on 2005 Chevrolet Trailblazer | $7,998.09<br>$7,998.09 | $0.00 | $7,998.09 |
| 2 | FIA CARD SERVICES, N.A. (Notices)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br><br>Greensboro, NC 27410<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/05/12 | NOTICING ADDRESS | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 | FIA CARD SERVICES, N.A. successor to B of A / MBNA<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/05/12 | -0039 OR -3635 | $2,380.52<br>$2,380.52 | $0.00 | $2,380.52 |

# EXHIBIT C - Claims Analysis

## Case: 12-40755-7   RIFFEL, JOHN HENRY

Claims Bar Date:   11/28/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank USA NA by American InfoSource LP as Agent PO Box 71083 Charlotte, NC 28272-1083 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 09/21/12 | -5960 OR -0025 | $4,846.41 $4,846.41 | $0.00 | $4,846.41 |
| 4 | Citibank NA co American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 11/02/12 | -3811 | $3,639.41 $3,639.41 | $0.00 | $3,639.41 |
| 5 | United Consumer Financial Services Bass and Associates PC 3936 E Ft Lowell Rd Suite 200 Tucson, AZ 85712 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 11/28/12 | -4326 ECO WATER TREATMENT | $1,145.41 $1,145.41 | $0.00 | $1,145.41 |
| 6 | PNC Mortgage as Servicer for Ginnie Mae Attn: Bankruptcy 3232 Newmark Dr Miamisburg, OH 45342 <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 01/02/13 | DISALLOWED 3/6/13  3001.1 NOTICE ISSUED | $40,550.47 $0.00 | $0.00 | $0.00 |
| 7 | USAA FEDERAL SAVINGS BANK C/O WEINSTEIN & RILEY, P.S. PO BOX 3978 SEATTLE, WA 98124-3978 <7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured 02/12/15 | -1641 OAK HARBOR CAPITAL | $3,903.27 $3,903.27 | $0.00 | $3,903.27 |
| 7 | USAA FEDERAL SAVINGS BANK (Notices) C/O WEINSTEIN & RILEY, P.S. 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 <7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured 02/12/15 | NOTICING ADDRESS | $0.00 $0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$0.00** | **$36,205.17** |

Case No.:  12-40755-7
Case Name:  RIFFEL, JOHN HENRY
Trustee Name:  DARCY D WILLIAMSON

**Balance on hand:**                                    $            35,746.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | PNC Mortgage as Servicer for Ginnie Mae | 40,550.47 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $            35,746.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DARCY D WILLIAMSON | 4,716.74 | 0.00 | 4,716.74 |
| Trustee, Expenses - DARCY D WILLIAMSON | 422.82 | 0.00 | 422.82 |
| Attorney for Trustee, Fees - Williamson & Jurgensen, LLP | 6,359.50 | 0.00 | 6,359.50 |
| Accountant for Trustee, Fees - CBIZ MHM, LLC | 500.00 | 0.00 | 500.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:  $            12,292.06
Remaining balance:  $            23,454.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $            23,454.46

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $ 0.00

Remaining balance:    $ 23,454.46

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,009.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Meritrust Credit Union | 7,998.09 | 0.00 | 7,998.09 |
| 2 | FIA CARD SERVICES, N.A. successor to B of A / MBNA | 2,380.52 | 0.00 | 2,380.52 |
| 3 | Capital One Bank USA NA | 4,846.41 | 0.00 | 4,846.41 |
| 4 | Citibank NA | 3,639.41 | 0.00 | 3,639.41 |
| 5 | United Consumer Financial Services | 1,145.41 | 0.00 | 1,145.41 |

Total to be paid for timely general unsecured claims:    $ 20,009.84

Remaining balance:    $ 3,444.62

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 3,903.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 88.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | USAA FEDERAL SAVINGS BANK | 3,903.27 | 0.00 | 3,444.62 |

Total to be paid for tardy general unsecured claims: **$** 3,444.62

Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**